# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALE HARDSON, | Case No. LACV 18-5730-FMO (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 12, 2019         _____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE